UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY WEST,

          Plaintiff,

    v.

H. GALVAN, et al.,

          Defendants.

Case No.  25-cv-10989-RFL

**ORDER OF DISMISSAL**

Plaintiff sent the Court his 42 U.S.C. § 1983 complaint and application to proceed in forma pauperis (IFP) by regular mail from San Quentin Rehabilitation Center, a facility which participates in prison email filing with this Court.  (Dkt. No. 1 at 1.)  The Clerk sent Plaintiff a Notice to file his complaint and IFP application by prison email as required by General Order No. 76.  (*Id.*)  Plaintiff was instructed to email his documents no later than January 9, 2026.  (*Id.*)  Plaintiff has neither complied with the Clerk's instructions to file by email, nor shown good cause for not doing so.  Accordingly, this federal civil rights suit is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Because this dismissal is without prejudice, Plaintiff may move to reopen the suit.  To do so, he must file:

(i)      by prison email a motion with the words MOTION TO REOPEN written on the first page <u>and</u> an exact copy of his complaint in accordance with the instructions in the Notice, or

1

(ii)    by regular mail a motion with the words MOTION TO REOPEN written on the first page <u>and</u> a motion for leave to file his complaint by regular mail, in which he shows good cause why he cannot submit his documents electronically.

The Clerk shall enter judgment in favor of Defendants, and close the file.

**IT IS SO ORDERED.**

Dated: February 13, 2026

_____
RITA F. LIN
United States District Judge

2